

NUMBER 13-13-00447-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

EB INTERNATIONAL, LLC, AND HIDALGO LOGISITICS,
LLC, D/B/A HIDALGO COLD STORAGE, A TEXAS LIMITED
LIABILITY COMPANY,                                          Appellants,

v.

JENROB INVESTMENTS, LP, A TEXAS LIMITED
PARTNERSHIP,                                                 Appellee.

---

On appeal from the 332nd District Court
of Hidalgo County, Texas.

---

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Order Per Curiam**

This appeal was abated by this Court on May 30, 2014, due to the bankruptcy of

one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.

Since the abatement there has been no activity in this appeal.

The Court hereby orders the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal.

It is so ORDERED.

PER CURIAM

Delivered and filed
the 3rd day of November 2015.